United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sebastian A. Rojas, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-23670-Civ-Scola |
| | ) |
| Uber Technologies, Inc. and others, | ) |
| Defendants. | ) |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Jnt. Mot. to Approve FLSA Settlement, ECF No. 94.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 94**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. All pending motions are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on July 28, 2017.

_____
Robert N. Scola, Jr.
United States District Judge